IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN ANN SANDS WEDEWARD,

        Plaintiff,         JUDGMENT IN A CIVIL CASE

v.         13-cv-632-bbc

UNIVERSITY HOSPITAL AND CLINICS
and MEDICAL FOUNDATION SPINE
CLINIC and PAIN CLINIC,

        Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff's failure to state a claim upon which relief can be granted.

/s/         11/12/2013

Peter Oppeneer, Clerk of Court         Date